Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| RYAN J. RISSELMAN, | Case No. 2-22-bk-07477-EPB |
| and | **TRUSTEE'S RECOMMENDATION** |
| ERICA M. RISSELMAN, | Deadline is March 20, 2023 |
| Debtors. | |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs.

The Trustee notes the following issues, which must be resolved before recommending confirmation of the Plan:

(1) The secured debt to be paid to Capital One Auto Finance is $4,720.56 as stated in the creditor's proof of claim, to be paid at the rate of 5.75% interest as stated in the Plan.

(2) Upon filing the Debtors must submit a copy of the 2022 federal and state income tax returns, along with all attachments, forms, schedules and statements to their attorney. In addition, the Trustee requires the turnover of the nonexempt tax refunds for 2022 to be applied as supplemental payments to be paid first to unsecured, priority claims, and then to unsecured, nonpriority claims. The Order confirming must include a provision regarding the turnover of the nonexempt tax refunds.

(3) Other requirements:

(A) When a debtor is represented by counsel, all debtor documents are to be submitted to the Trustee through the bkdocs.us website after redaction of PII. Local Rule 2084-27. Such documents include tax returns, bank statements, paystubs, and so on.

(B) The attorney is to review all proofs of claim on the claims register and resolve any discrepancies between relevant claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee. Also, when counsel provides a proposed order confirming plan to the Trustee, counsel must file or create a notice on the Court docket. L.R.B.P. 2084-13(b).

© Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(D) Before submitting a proposed order, the attorney for the Debtor(s) should verify plan funding using the funding http://www.chapter13.info/funding-calc-main.aspx.

(E) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(F) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(G) To expedite the order review process, counsel must use the recommended form for the order confirming plan. If counsel needs the Trustee's latest form, then contact the applicable case administrator..

(H) The order confirming plan must be accompanied by a cover letter that goes over the Trustee's Recommendation items by each paragraph. If counsel fails to use the order form and provide such letter, the Trustee will reject the proposed order outright and the time to comply with the Recommendation is not extended.

(I) The order confirming plan is to state: Within 14 days of filing them, the Debtors shall

provide a copy of their 2022 - 2025 federal and state income tax returns, including all attachments, forms, schedules and statements, to their attorney. After appropriate redaction of PII, Debtors' attorney is to promptly provide the returns to the Trustee through the website www.bkdocs.us.

(J) Nothing in the Plan or Order Confirming Plan is to alter counsel's obligation to represent the Debtors. Counsel is to represent the Debtor(s) in all matters regardless of the fee agreement until the Court issues an order permitting counsel to withdraw or the case is closed.

(K) According to Paragraph II.H.3. of the "Administrative Procedures for Electronically Filed Cases," as governed by Local Rule 5005-2(e), the Debtors' attorney is to retain the original signatures of all signatories to the Stipulated Order Confirming Plan (other than that of the Trustee). Pursuant to Local Rule 2084-13©, the Trustee will upload the proposed Order Confirming a plan or granting a motion for a moratorium.

(L) The proposed order confirming plan, any responses to this recommendation, and documents submitted in response to this recommendation are to be submitted to the applicable case administrator in the Trustee's office.

SUMMARY: Pursuant to Local Rule 2084-10(b), by March 20, 2023, Debtors are to resolve all of the above issues and provide the Trustee with a proposed order confirming plan that meets the above requirements, or the Debtor must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Copy mailed or emailed to:

RYAN J. RISSELMAN
ERICA M. RISSELMAN
19833 WEST PALO VERDE DRIVE
LITCHFIELD PARK, AZ 85340

- 3 -

Case 2:22-bk-07477-EPB    Doc 18    Filed 02/16/23    Entered 02/16/23 16:07:39    Desc
Page 3 of 4

| | |
|---|---|
| 1 | PHOENIX FRESH START |
| 2 | THOMAS ADAMS MCAVITY<br>4131 MAIN STREET |
| 3 | SKOKIE, IL 60076-2780<br>DOCUMENTS@PHXFRESHSTART.COM |
| 4 | TOM@NWRELIEF.COM |
| 5 | FAIZA@PHXFRESHSTART.COM |
| 6 | |
| 7 | |
| 8 | _____ |
| 9 | *jmorales@ch13bk.com* |